**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY CHRISTIAN PERCIVAL, <br><br> Plaintiff, <br><br> -against- <br><br> KELLEY ZIMMERMAN, et al., <br><br> Defendants. | 23-CV-1303 (AT) (OTW) <br><br> **ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on Tuesday, October 03, 2023. As discussed at the conference, Plaintiff's counsel is ordered to counsel her formerly *pro se* client regarding whether the Southern District of New York is an appropriate forum for this case. The parties are directed to meet and confer regarding whether they will stipulate to transferring the case to a more appropriate forum, such as the Eastern District of Pennsylvania, and shall file, **by Friday, October 13, 2023**, either a joint stipulation or separate letters.

SO ORDERED.

Dated: October 3, 2023
New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge